# Court of Appeals
# of the State of Georgia

ATLANTA, August 27, 2025

*The Court of Appeals hereby passes the following order*

**A26D0024. IN THE INTEREST OF D. B. et al., CHILDREN (FATHER).**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

23JV00036 23JV00037 23JV00038 23JV00039



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, August 27, 2025.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*